UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

                                      Criminal No. 20-mj-30135

Jyde Adelakun,

    Defendant
_____/

## MOTION AND ORDER TO UNSEAL THE COMPLAINT AND ARREST WARRANT

The United States of America requests the court unseal the Complaint, Arrest Warrant, and all attendant papers for the following reasons:

1. Defendant is being prosecuted in the United Arab Emirates and the government would like to make the complaint available to assist with the judicial process there.

Respectfully submitted,

Matthew Schneider
United States Attorney

*s/Mark Chasteen*
Mark Chasteen
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
mark.chasteen@usdoj.gov
(313) 226-9555

Dated: January 27, 2021

**IT IS SO ORDERED.**

s/ Patricia T. Morris
Patricia T. Morris
United States Magistrate Judge

Entered: January 27, 2021