# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: October 04, 2021

Mr. Jyde Adelakun

C/o D. Adedeji
11300 Expo Boulevard
Suite 1013
San Antonio, TX 78230

      Re:  Case No. 21-2865, *USA v. Jyde Adelakun*
           Originating Case No. : 2:20-mj-30135-1

Dear Mr. Adelakun,

  The Court issued the enclosed Order today in this case.

                    Sincerely,

                    s/Julie Connor
                    Case Manager
                    Direct Dial No. 513-564-7033

cc:  Mr. Mark J. Chasteen
     Ms. Kinikia D. Essix

Enclosure

No mandate to issue

NOT RECOMMENDED FOR PUBLICATION

No. 21-2865

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **FILED** |
| Plaintiff-Appellee, | ) | Oct 04, 2021 |
| | ) | DEBORAH S. HUNT, Clerk |
| v. | ) | ON APPEAL FROM THE UNITED |
| | ) | STATES DISTRICT COURT FOR |
| JYDE ADELAKUN, | ) | THE EASTERN DISTRICT OF |
| | ) | MICHIGAN |
| Defendant-Appellant. | ) | |

O R D E R

Before: SUHRHEINRICH, CLAY, and NALBANDIAN, Circuit Judges.

This matter is before the court upon initial consideration to determine whether this appeal was taken from an appealable order.

This criminal case is still pending in the district court. On March 17, 2020, a criminal complaint was filed against Jyde Adelakun, charging him with wire fraud, bank fraud, and conspiracy. The same day, a magistrate judge entered an order granting the government's motion to seal the affidavit in support of the criminal complaint and arrest warrant. Adelakun appeals pro se from the March 17, 2020, order.

The order of a magistrate judge is initially reviewable by a judge of the district court. *See* 28 U.S.C. § 636(b)(1). We also lack jurisdiction over this appeal because the final judgment rule generally prohibits appellate review in a criminal case until conviction and imposition of sentence.

No. 21-2865
- 2 -

*Flanagan v. United States*, 465 U.S. 259, 263 (1984).  Interlocutory appeals in criminal cases are limited to specific exceptions in which the issue "conclusively determine[s] the disputed question, resolve[s] an important issue completely separate from the merits of the action, and [is] effectively unreviewable on appeal from a final judgment."  *United States v. Hollywood Motor Car Co.*, 458 U.S. 263, 265–66 (1982) (discussing specific exceptions to the rule of finality under the collateral order doctrine for orders fixing bail, orders denying dismissal of an indictment on double jeopardy grounds, and orders denying dismissal of an indictment on immunity grounds).  None of these narrow exceptions are applicable in this case.  There is presently no conviction or sentence.  And there being no final, appealable order, this court is without jurisdiction.

It is ordered that the appeal is **DISMISSED**.

        ENTERED BY ORDER OF THE COURT

        Deborah S. Hunt, Clerk