UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                    Plaintiff,

v.                                    Case No. 2:20–mj–30135–DUTY

Jyde Adelakun,

                    Defendant(s),

## ORDER GRANTING LEAVE TO DISMISS COMPLAINT WITHOUT PREJUDICE

   This matter coming before the Court on the Government's motion, with notice having been provided to the defense, for the reasons stated in the Government's motion, the Court grants the Government leave to dismiss the complaint against Jyde Adelakun.

   Accordingly, it is hereby ordered that the Complaint against Jyde Adelakun be dismissed without prejudice, and that the Appearance Bond, if any, and the Order Setting Conditions of Release be cancelled.

                                                              s/Anthony P. Patti
                                                              Anthony P. Patti
                                                              U.S. Magistrate Judge

### Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                             By: s/M Williams
                                                                  Case Manager

Dated:   December 12, 2021