UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Jun 22, 2022
DEBORAH S. HUNT, Clerk

No. 22-1211

UNITED STATES OF AMERICA,

     Plaintiff-Appellee,

v.

JYDE ADELAKUN,

     Defendant-Appellant.

Before: GUY, DONALD, and BUSH, Circuit Judges.

## JUDGMENT

THIS MATTER came before the court upon consideration of appellate jurisdiction.

IN CONSIDERATION THEREOF, it is ORDERED that the appeal is **DISMISSED**.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk